**Gregory FINCH, Plaintiff–Appellant,**

v.

**BP OIL COMPANY, INC., Bouchard Transportation, Inc., Defendants–Cross–Claimants–Cross–Defendants–Appellees,**

**Tug Ralph E. Bouchard Corporation, Defendant–Appellee.**

**No. 05–10022**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 23, 2005.

Tracie B. Lee, Tracie B. Lee, LLC, Mobile, AL, for Plaintiff–Appellant.

William Eugene Shreve, Jr., Lyons, Pipes & Cook P.C., Mobile, AL, for Defendants–Cross–Claimants–Cross–Defendants–Appellees.

Allen Eugene Graham, Lyons, Pipes & Cook, P.C., Mobile, AL, for Defendant–Appellee.

Before BIRCH, BARKETT and GODBOLD, Circuit Judges.

PER CURIAM.

After reviewing the district court's order, we find this appeal without merit.

AFFIRMED.